91 F.3d 125
 Alma Rumlin, Alicia Rumlin, Charles Rumlin, By and Through
Ad Litem John, Patricia Rumlin
v.
Amboy Multiplex Cinema, Scott Henry, as Employee of
Sayreville Police Department, William J. Gawron, as Employee
of Sayreville Police Dept., Borough of Sayreville, Lance
Merlin, as Agent/Employee of Amboy Multiplex Cinema, Inc.,
Multiplex Cinema
 NO. 95-5670
 United States Court of Appeals,
Third Circuit.
 June 17, 1996
 
 Appeal From: D.N.J., No. 92-cv-03338,
 Cavanaugh, J.
 
 
 1
 AFFIRMED.